SUPREME COURT OF THE STATE OF NEW YORK,
COUNTY OF NASSAU
---------------------------------------x
HOWARD DASH ON BEHALF OF HIMSELF AND ALL
OTHERS SIMILARLY SITUATED

                      Plaintiff/Petitioner,

   -against-

NATIONWIDE CREDIT, INC.

                      Defendant/Respondent.
---------------------------------------x

Index No. 613012/18

## NOTICE OF ELECTRONIC FILING

**You have received this Notice because:**

- The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York State Courts e-filing system, and
- You are a Defendant/Respondent (a party) in this case.
                             (CPLR § 2111, Uniform Rule § 202.5-b)

**If you are represented by an attorney:** give this Notice to your attorney. (Attorneys: see "Information for Attorneys" pg. 2).

**If you are not represented by an attorney: you are not required to e-file. You may serve and file documents in paper form and you must be served with documents in paper form. However, as a party without an attorney, you may participate in e-filing.**

### Benefits of E-Filing

You can:

- serve and file your documents electronically
- view your case file on-line
- limit your number of trips to the courthouse
- pay any court fees on-line.

There are no additional fees to e-file, view, or print your case records.

To sign up for e-filing or for more information about how e-filing works, you may:

- visit: www.nycourts.gov/efile-unrepresented or
- go to the Help Center or Clerk's Office at the court where the case was filed. To find legal information to help you represent yourself visit www.nycourthelp.gov

**Information for Attorneys**

An attorney representing a party who is served with this notice must either consent or decline consent to electronic filing and service through NYSCEF for this case.

Attorneys registered with NYSCEF may record their consent electronically in the manner provided at the NYSCEF site. Attorneys not registered with NYSCEF but intending to participate in e-filing must first create a NYSCEF account and obtain a user ID and password prior to recording their consent by going to www.nycourts.gov/efile.

Attorneys decling to consent must file with the court and serve on all parties of record a declination of consent.

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: efile@nycourts.gov).

Dated: 09/26/201___

MITCHELL L PASHKIN
Name

_____
Firm Name

775 Park Avenue, Ste. 255
Address

Huntington, NY 11743

631-335-1107
Phone

mpash@verizon.net
E-Mail

To: _____

_____

_____

11/20/17

Index No.          Page 2 of 2          EF-3

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

| | |
|---|---|
| HOWARD DASH,<br>ON BEHALF OF HIMSELF AND ALL OTHERS<br>SIMILIARLY SITUATED,<br><br>                              Plaintiff,<br>     -against-<br><br>NATIONWIDE CREDIT, INC.,<br><br>                              Defendant. | INDEX NO. 613012/2018<br>FILING DATE: 09/26/18<br><br>**SUMMONS**<br>**WITH NOTICE**<br><br>Plaintiff designates<br>Nassau County<br>as the place of trial<br><br>The basis of the venue is<br>Plaintiff's residence |

To the above named Defendant(s):

You are hereby summoned to answer the complaint in this action and to serve a copy of your answer, or if the complaint is not served with the summons, to serve a notice of appearance, on the plaintiff's attorney within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if the summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the sum of $1,000 as regards Plaintiff individually and $500,000.00 to be distributed among the class members in any certified class with interest thereon from the 27th day of September 2017, together with the costs of this action and attorney's fees.

TAKE NOTICE that the object of this action and the relief sought is to recover damages for violations of 15 USC 1692, et. seq. based on Exhibit A and that in case of your failure to answer, judgment will be taken against you for the sum of $1,000 as regards Plaintiff individually and $500,000.00 to be distributed among the class members in any certified class with interest thereon from the 27th day of September 2017, together with the costs of this action and attorney's fees.

Dated:        September 26, 2018

/s/_____
Mitchell L. Pashkin
Attorney For Plaintiff
775 Park Avenue, Ste., 255
Huntington, NY  11743
(631) 335-1107



# Nationwide Credit, Inc.
PO Box 14581
Des Moines, IA 50306-3581
Monday-Thursday 9AM to 10PM ET, Friday 9AM to 7PM ET
1-877-256-7821



BBB ACCREDITED BUSINESS — Nationwide Credit, Inc. has a Better Business Bureau Rating of A+

| | |
|---|---|
| NCI ID: | REDACTED 8986 |
| Current Creditor: | CHASE BANK USA, N.A. |
| Account Number: | XXXXXXXXXXXX0245 |
| Account Balance: | $3,568.12 |
| Settlement Offer: | $535.21 |
| Date: | 09/27/2017 |

Dear HOWARD DASH

Nationwide Credit, Inc. sent you a letter, more than thirty (30) days ago, advising you that your past due account was placed with us for collection. The Account Balance as of the date of this letter is shown above.

You can settle this account according to the payment arrangement shown in the table below:

| Payment No. | Payment Recieved by NCI | Payment Amount | Payment No. | Payment Recieved by NCI | Payment Amount |
|---|---|---|---|---|---|
| 1 | 10/11/2017 | $178.40 | | | |
| 2 | 11/13/2017 | $178.40 | | | |
| 3 | 12/11/2017 | $178.41 | | | |



myaccount.ncirm.com



- 24-hour Access
- Make or Reschedule a Payment
- Arrange a Settlement
- Change Your Contact Information
- And More...

This offer is contingent upon NCI receiving the payment pursuant to the payment schedule outlined in this letter.

**Secure Online Portal:** myaccount.ncirm.com is available 24 hours a day to schedule payments, negotiate alternatives, manage your account and more!

Login using your NCI ID: **17165148986** and Password: Last four digits of your SSN

**Pay by Mail:** Send a check or money order to Nationwide Credit, Inc. PO Box 14581 Des Moines, IA 50306-3581
Reference your NCI ID on your check or money order

**Pay by Phone:** Toll free 1-877-256-7821

If we settle this debt with you for less than the full outstanding balance, Chase may offer you less favorable terms in the future for some Chase products or services, or may deny your application.

Sincerely,
MAURICE RICO
**Nationwide Credit, Inc.**

This communication is an attempt to collect a debt by a debt collector or consumer collection agency and any information obtained will be used for that purpose.

052012/0925

*** Please See Reverse Side of This Letter for Important Consumer Information ***
Please Detach and Return this Stub in the Enclosed Envelope with your Check or Money Order - Make Sure the "Remit to" Address appears in the Window

---

PERSONAL AND CONFIDENTIAL
PO Box 10354
Des Moines, IA 50306-0354

03888

| | |
|---|---|
| ACCOUNT NUMBER: | XXXXXXXXXXXX0245 |
| NCI ID: | REDACTED 8986 |
| ACCOUNT BALANCE: | $3,568.12 |
| AMOUNT ENCLOSED: | |

24-hour account access: https://www.myaccount.ncirm.com
o Change of address: Print New Address on Back

002/C11/103/09/27/2017//NY

REMIT TO:



NATIONWIDE CREDIT, INC.
PO Box 14581
Des Moines IA 50306-3581

68912-28A18***AUTO**MIXED AADC 350
Howard Dash
626 MERRICK RD UNIT 2
Lynbrook NY 11563-2848

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been

**THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT BY A DEBT COLLECTOR OR CONSUMER COLLECTION AGENCY AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

New York City Department of Consumer Affairs License Number: 0914159

**NOTE CHANGES ONLY**

FIRST NAME [ ] MI [ ]
LAST NAME [ ]
ADDRESS [ ]
[ ]
CITY [ ]   HOME PHONE [ ]   WORK PHONE [ ]

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of it's printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been

Index No.   613012/2018

---

HOWARD DASH,
ON BEHALF OF HIMSELF AND ALL OTHERS
SIMILIARLY SITUATED,

                              Plaintiff(s),

    -vs-

NATIONWIDE CREDIT, INC.,

                              Defendant(s).

---

**SUMMONS WITH NOTICE**

---

Mitchell L. Pashkin certifies that, to the best of his knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of the annexed paper(s) or the contentions therein are not frivolous as defined in 22 NYCRR 130-1.1.(c).


/s/_____
Mitchell L. Pashkin
Attorney For Plaintiff(s)
775 Park Avenue, Ste., 255
Huntington, NY  11743
(631) 335-1107

201902040-006

006